FILED & ENTERED

JUL 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

David S. Kupetz (CA Bar No. 125062)
  dkupetz@sulmeyerlaw.com
Marcus A. Tompkins (CA Bar No. 190922)
  mtompkins@sulmeyerlaw.com
Tamar Kouyoumjian (CA Bar No. 254148)
  tkouyoumjian@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone:  213.626.2311
Facsimile:   213.629.4520

Bankruptcy Counsel for AFC Acquisition Corp.,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AFC ACQUISITION CORP.,<br>a Delaware corporation, dba American Home, American Warehouse Plus, and American Furniture Company,<br><br>Debtor.<br><br>Tax Id # 20-3499575 | Case No.  2:08-bk-28517-BR<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR, TUCSON ELECTRIC POWER COMPANY AND UNS GAS, INC. RESOLVING DEBTOR'S OBJECTION AND MOTION TO DISALLOW SECTION 503(b)(9) PRIORITY CLAIM AND RESOLVING GENERAL UNSECURED CLAIMS**<br><br>DATE:  July 15, 2009<br>TIME:  10:00 a.m.<br>PLACE:  U.S. Bankruptcy Court<br>Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA  90012 |

Upon review of the *Stipulation Between Debtor, Tucson Electric Power Company, and UNS Gas, Inc. Resolving Debtor's Objection and Motion to Disallow Section 503(B)(9) Priority Claim and Resolving General Unsecured Claims* (the "Stipulation") [Docket No. 243], and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES and DECREES** that:

[TKOUYOUMJIAN\ORD\527429.1]

1. The Stipulation is approved;

2. Claim No. 444 is allowed in the amount of $16,000 as a 503(b)(9) administrative priority claim. The balance of $22,568.50 is allowed as a non-priority unsecured claim;

3. Claim No. 443 is allowed as a non-priority unsecured claim; and

4. Claim No. 493 is disallowed in its entirety.

# # # # #

DATED: July 13, 2009

_____
United States Bankruptcy Judge

[TKOUYOUMJIAN\ORD\527429.1]    2

| In re:<br>AFC ACQUISITION CORP.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER: 2:08-bk-28517 BR |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **Sulmeyer**Kupetz, 333 S. Hope St., 35th Floor, Los Angeles, CA  90071-1406.

The foregoing document described **"ORDER APPROVING STIPULATION BETWEEN DEBTOR, TUCSON ELECTRIC POWER COMPANY, AND UNS GAS, INC. RESOLVING DEBTOR'S OBJECTION AND MOTION TO DISALLOW SECTION 503(b)(9) PRIORITY CLAIM AND RESOLVING GENERAL UNSECURED CLAIMS"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 10, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**TUCSON ELECTRIC POWER CO./UNS GAS, INC.**
**c/o Teresa A. Blasberg, Esq.**
**Blasberg & Associates**
**526 N. Juanita Avenue**
**Los Angeles, CA  90004**

**TUCSON ELECTRIC POWER CO./UNS GAS, INC.**
**c/o Gilbert L. Hamberg, Esq.**
**1038 Darby Drive**
**Yardley, PA  19067**

**Hon. Barry Russell, U.S. Bankruptcy Court, 255 E. Temple St., #1668, Los Angeles, CA  92701**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 10, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

- Office of the U.S. Trustee, c/o Bruce S. Schildkraut, Esq.    bruce.schildkraut@usdoj.gov
- Unsecured Creditors' Committee, c/o Alan I. Nahmias, Esq.    anahmias@mirmanbubman.com
- Simmons Bedding Company, c/o Scott C Clarkson, Esq.    sclarkson@lawcgm.com
- Simmons Bedding Company, c/o Eve A. Marsella, Esq.    emarsella@lawcgm.com
- Tanager Company, c/o David B. Shemano, Esq.    dshemano@pwkllp.com
- Wells Fargo Retail Finance, LLC, c/o Wayne R. Terry, Esq.    wterry@hemar-rousso.com
- WWW AHF Partners, LLC c/o Lawrence G. Campitiello, Esq.    campitiello@shlaw.com

[TKOUYOUMJIAN\ORD\527429.1]

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311  •  FAX 213.629.4520

| In re: | | CHAPTER 11 |
|---|---|---|
| AFC ACQUISITION CORP., | Debtor. | CASE NUMBER: 2:08-bk-28517 BR |

**TUCSON ELECTRIC POWER CO./UNS GAS, INC.**
**c/o Teresa A. Blasberg, Esq.**
**Blasberg & Associates**
**526 N. Juanita Avenue**
**Los Angeles, CA  90004**
**FAX:  (213) 239-0364**

**c/o Gilbert L. Hamberg, Esq.**
**1038 Darby Drive**
**Yardley, PA  19067**
**FAX:  (215) 321-6909**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 10, 2009 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

[TKOUYOUMJIAN\ORD\527429.1]

| In re:<br>AFC ACQUISITION CORP.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER: 2:08-bk-28517 BR |
|---|---|

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (specify) **"ORDER GRANTING MOTION TO FURTHER EXTEND EXCLUSIVITY PERIOD FOR FILING PLAN AND OBTAINING ACCEPTANCE OF PLAN'"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 10, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Debtor AFC Acquisition Corp., c/o David S. Kupetz, Esq.    dkupetz@sulmeyerlaw.com
- Debtor AFC Acquisition Corp., c/o Marcus Tompkins, Esq.    mtompkins@sulmeyerlaw.com
- Debtor AFC Acquisition Corp., c/o Steven F. Werth, Esq.    swerth@sulmeyerlaw.com
- Debtor AFC Acquisition Corp., c/o Tamar Kouyoumjian, Esq.    tkouyoumjian@sulmeyerlaw.com
- Office of the U.S. Trustee, c/o Bruce S. Schildkraut, Esq.    bruce.schildkraut@usdoj.gov
- Official Committee of Unsecured Creditors, c/o Alan I. Nahmias, Esq. anahmias@mirmanbubman.com
- Simmons Bedding Company, c/o Scott C Clarkson, Esq.    sclarkson@lawcgm.com
- Simmons Bedding Company, c/o Eve A. Marsella, Esq.    emarsella@lawcgm.com
- Tanager Company, c/o David B. Shemano, Esq.    dshemano@pwkllp.com
- Wells Fargo Retail Finance, LLC, c/o Wayne R. Terry, Esq.    wterry@hemar-rousso.com
- WWW AHF Partners, LLC c/o Lawrence G. Campitiello, Esq.    campitiello@shlaw.com

☐    Service information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

TUCSON ELECTRIC POWER CO./UNS GAS, INC.
c/o Teresa A. Blasberg, Esq.
Blasberg & Associates
526 N. Juanita Avenue
Los Angeles, CA  90004

TUCSON ELECTRIC POWER CO./UNS GAS, INC.
c/o Gilbert L. Hamberg, Esq.
1038 Darby Drive
Yardley, PA  19067

☐    Service information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page.

[TKOUYOUMJIAN\ORD\527429.1]